Case: 1:26-mj-000132
Assigned To: Judge Harvey, G. Michael
Assign. Date: 8/3/2026
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

On July 30, 2026, at approximately 1840 hours, Metropolitan Police Department ("MPD") and federal law enforcement officers responded to a call for service put out over the Seventh District Radio Zone in reference to an individual in possession of a gun in the shopping center parking lot located at 3025 Naylor Rd. SE in Washington, D.C. The suspect was described as a black male with vitiligo skin, a ski mask, a white t-shirt and printed shorts.

At around 1842 hours (approximately 2 minutes after the call for service), officers observed a black male with vitiligo skin, wearing a white t-shirt and colorful printed shorts (later identified by word of mouth as Stephen Wiggs (DOB: [redacted]) ("WIGGS"). WIGGS was walking from the direction of 3025 Naylor Rd. SE towards 30th St. SE and holding a dog leash in his hand. WIGGS turned left and walked towards 2916 30th St. SE as officers approached.




***Figure 1. Ofc. Samuel Zambrano-Mora BWC Showing WIGGS Holding a Dog Leash (Circled in Red).***

As officers approached WIGGS, they observed what appeared to be a tan colored handgun protruding from WIGGS' left shorts pocket. When officers attempted to place WIGGS in handcuffs, WIGGS resisted by pulling away from officers to prevent the handcuffs from being secured around his wrists. WIGGS then forcefully grabbed MPD Officer Samuel Zambrano-Mora's radio and pulled it from his vest. After a struggle, WIGGS was placed into handcuffs and arrested, and Officer Zambrano-Mora safely removed the tan handgun from WIGGS' left shorts pocket.




***Figure 2. Ofc. Matthew Zumbrun BWC Showing Firearm Recovery from WIGGS' Left Pocket (Circled in Red).***

The firearm was a P80 9mm handgun with no serial number. The firearm had one (1) round of ammunition in the chamber and fifteen (15) rounds of ammunition inside a seventeen (17) round capacity magazine. The recovered ammunition had a head stamp labeled "CBC 9mm LUGER."



***Figure 3. Firearm Recovered from WIGGS' Left Pocket.***

The recovered firearm appeared to be fully functional and operable, able to expel projectiles by means of explosive action, capable of being fired by the use of one hand, and had a barrel length of less than 12 inches.

While law enforcement was stopping WIGGS, officers observed an unleashed black dog running towards officers and then away from them. WIGGS claimed that he was the owner of the dog.




***Figure 4. Ofc. Matthew Zumbrun BWC Showing Dog Running (Circled in Red).***

While WIGGS was in handcuffs and waiting to be evaluated by members of the District of Columbia Fire and Emergency Medical Services Department ("DC FEMS"), officers could smell the odor of alcohol emitting from WIGGS' breath.

MPD Officer Dallas Bennett interviewed the 911 caller ("W-1"), who told officers that he saw and heard WIGGS yelling obscenities at another individual ("W-2") in the parking lot. W-1 further stated that he observed Defendant Wiggs produce a tan gun from his waist area and point it in the direction of W-2 as she walked away. MPD Officer Matthew Zumbrun interviewed W-2, who reported that she observed WIGGS yelling obscenities at her, but she did not see him produce a firearm. A third individual, W-3, told Officer Zumbrun that they heard a "pop" after WIGGS was observed walking towards the exit of the parking lot.

MPD 7D Detective Aaron Treadwell and Officer Bennet reviewed CCTV video of the parking lot located at 3021 Naylor Rd. SE in Washington, D.C. At timestamps 18:36:47 to 18:36:50, the CCTV video shows WIGGS, wearing a white shirt, multi-colored shorts, and black shoes walking through the parking lot with a black dog. At timestamp 18:36:48, WIGGS turns and punches the dog, causing the dog to drop from its feet to its stomach.



***Figures 5, 6, and 7. CCTV Video of WIGGS Punching the Dog.***

At timestamps 18:39:01 to 18:39:03, the CCTV video shows WIGGS walking with a dog in the parking lot, raising his left arm in the air while holding what appears to be a firearm, and firing one round into the air.




***Figure 8. CCTV Video of WIGGS firing firearm (Circled in Red).***

Around the time of the suspected gunshot—at timestamps 18:39:02 to 18:39:03—the CCTV video shows an individual reacting to the sound of the gunshot from across the street.





***Figures 9, 10, and 11. CCTV Video of Individual Reacting to Gunshot (Circled in Red).***

Officers canvassed the area and discovered a single 9mm cartridge casing in the parking lot. The cartridge casing was found in the area near where WIGGS was located in the CCTV video with his arm raised in the air.






***Figures 12, 13, and 14. Cartridge Casing Recovered on Scene (Circled in Red).***

7D Crime Scene Officer Arshad recovered the cartridge casing from the scene. The cartridge casing had a head stamp labeled "9mm luger CBC." The ammunition inside the tan firearm that was recovered from WIGGS' waistband also had a head stamp labeled "9mm luger CBC."




***Figure 15. Photograph of Head Stamp of Cartridge Casing Recovered on Scene***

Your affiant reviewed the criminal history associated with WIGGS and learned that he was previously convicted of Theft $1k to Under $10k in Prince George's County, Maryland Docket Number 2E00485137 and sentenced to ten (10) years of confinement with seven (7) years suspended.

WIGGS was ultimately placed under arrest for Assault on a Police Officer, Carrying a Pistol Without a License (Outside Home or Place of Business), Possession of a Large Capacity Ammunition Feeding Device, Possession of an Unregistered Firearm, Endangerment with a Firearm (Public Place), Possession of Unregistered Ammunition, Cruelty to Animals, and Resisting Arrest.

Your affiant is aware there are no federally licensed firearm or ammunition manufacturers in the District of Columbia. Therefore, there is probable cause to believe that the firearm and ammunition described above traveled in interstate or foreign commerce before they were recovered in the District of Columbia.

As such, your affiant submits that probable cause exists to charge STEPHEN WIGGS with violation of 18 U.S.C. § 922(g)(1) (**Unlawful Possession of Firearm or Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**).

Matthew Zumbrun, Badge # 4847
Officer
Metropolitan Police Department

Respectfully submitted and attested to in accordance with the requirements of Federal Rule of Criminal Procedure 4.1 by telephone on August 3, 2026.

The Honorable G. Michael Harvey
United States Magistrate Judge