**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on April 30, 2026**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | **CRIMINAL NO.** |
| : | |
| **v.** : | **MAGISTRATE NO. 26-MJ-132** |
| : | |
| **STEPHEN WIGGS,** : | **VIOLATIONS:** |
| : | |
| **Defendant.** : | **18 U.S.C. § 922(g)(1)** |
| : | **(Unlawful Possession of a Firearm and** |
| : | **Ammunition by a Person Convicted of a** |
| : | **Crime Punishable by Imprisonment for a** |
| : | **Term Exceeding One Year)** |
| : | |
| : | **22 D.C. § 4503.01** |
| : | **(Unlawful Discharge of a Firearm)** |
| : | |
| : | **FORFEITURE:** |
| : | |
| : | **18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and** |
| : | **28 U.S.C. § 2461(c)** |

---

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about July 30, 2026, within the District of Columbia, **STEPHEN WIGGS**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, including in Circuit Court for Prince George's County, Maryland case number CA137111, did unlawfully and knowingly receive and possess ammunition, that is, sixteen (16) rounds of 9mm ammunition with headstamp "CBC 9mm LUGER," and did unlawfully and knowingly receive and possess ammunition, that is, sixteen (16) rounds of 9mm ammunition with headstamp "CBC 9mm

1

LUGER," which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about July 30, 2026, within the District of Columbia, **STEPHEN WIGGS** did unlawfully discharge and set off a firearm without a valid permit to do so.

**(Unlawful Discharge of a Firearm**, in violation of D.C. Code § 22-4503.01(a))

## FORFEITURE ALLEGATION

1.      Upon conviction of the offenses alleged in Count One of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses, including but not limited to one (1) PF940C POLYMER80, INC, P80 with no serial number, one (1) PMAG 17 GL9 magazine, and sixteen (16) rounds of 9mm ammunition with headstamp "CBC 9mm LUGAR."

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendant:

(a)      cannot be located upon the exercise of due diligence;

(b)      has been transferred or sold to, or deposited with, a third party;

(c)      has been placed beyond the jurisdiction of the Court;

(d)      has been substantially diminished in value; or

(e)      has been commingled with other property that cannot be subdivided without difficulty;

2

the defendant shall forfeit to the United States any other property of the defendant, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:
FOREPERSON.

JEANINE FERRIS PIRRO
United States Attorney

*Gauri Gopal*

GAURI GOPAL
Assistant United States Attorney

3